# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130783

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JAMES RYAN MOLNAR and
ELIZABETH RENEE MOLNAR, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

GERALD MOLNAR,
        Respondent-Appellant.

SC: 130783
COA: 267465
Oakland CC
Family Division: 2003-685908-NA

_____/

     On order of the Court, the application for leave to appeal the February 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

Clerk